# United States District Court
## Middle District of Georgia

**UNITED STATES OF AMERICA**

Vs.

**JESSE R. SALAZAR,**

Defendant

JUDGMENT IN A CRIMINAL CASE
(FOR REVOCATION OF PROBATION)

NO. 5: 06-PO-02-10 (CWH)

Stephen N. Hollomon
------
Defendant's Attorney

The above-named defendant having this day admitted to violating CONDITIONS OF PROBATION imposed upon him in the above-captioned proceeding by the undersigned on June 5, 2006, as alleged in the **PETITION FOR ACTION ON PROBATION** filed November 1, 2006, by U.S. Probation Officer Kevin L. Mason, said sentence of probation is now REVOKED, and he is **RESENTENCED** as hereinafter set out, the court finding the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 3 | Simple Assault on spouse | 10/28/2006 |

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment (if any) are fully paid.

**Defendant's Soc. Sec. No.:** \*\*\*-\*\*\*-6423

**Defendant's Date of Birth:** 1977

**Defendant's USM No.:** 93020-020

**Defendant's Residence Address:**

412 Covington Cove
Byron, GA 31008

**Defendant's Mailing Address:** Same

November 14, 2006
------
Date of Imposition of Judgment

*[signature]*

Signature of Judicial Officer

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE
------
Name and Title of Judicial Officer

November 14, 2006
------
Date

# IMPRISONMENT

The court finds that the conditions of probation have been violated as outlined in Allegation No. 3 of the **PETITION FOR ACTION ON PROBATION** filed November 1, 2006. Defendant Salazar assaulted his wife on or about October 28, 2006, after being placed on probation for the same offense on June 5, 2006. Accordingly, the defendant's probation is **REVOKED**, and he is hereby committed to the **CUSTODY** of the UNITED STATES BUREAU OF PRISONS to be imprisoned for a period of **NINETY (90) DAYS**. The defendant is further ORDERED AND DIRECTED to pay the balance due on the fine heretofore imposed upon him, to-wit, **$180.00**, as the law provides.

☐ The court makes the following recommendation to the BUREAU OF PRISONS:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at_____A.M./P.M. on_____.

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation/Pretrial Services Office.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2:00 P.M. on_____.

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation/Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on_____to_____
at_____, with a certified copy of this judgment.

_____
DEPUTY UNITED STATES MARSHAL